**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fred P. DeNICOLA, Defendant–
Appellant.**

No. 01–10135.

D.C. No. CR–99–05436–OWW.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.[*]

Decided July 29, 2002.

Before BROWNING, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM [**]

Fred P. DeNicola appeals the 57–month sentence imposed following his jury conviction for mail fraud; interstate transport of money stolen, converted, or taken by fraud; money laundering; and aiding and abetting; in violation of 18 U.S.C. §§ 1341 and 2, 2314 and 2, 1956(a)(1)(B)(i) and 2. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We review de novo the district court's interpretation and application of the Sentencing Guidelines, *United States v. Franklin*, 235 F.3d 1165, 1168 (9th Cir.2000), and we affirm.

DeNicola contends that the district court should have applied the fraud guideline, U.S.S.G. § 2F1.1, rather than the money laundering guideline, U.S.S.G. § 2S1.1(a)(2), to calculate his sentence. This contention is foreclosed by our decision in *United States v. Lomow*, 266 F.3d 1013, 1018–19 (9th Cir.2001).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.